John Kendrick, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

National Surety Company, Appellant, Respondent, v. James O. Winston and Another, Copartners, etc., Respondents, Appellants.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Jacob Glockner and Another, Doing Business as J. Glockner & Co., Respondents, v. Great Eastern Casualty Company, Appellant.— Judgment modified by striking out extra allowance, and as so modified the judgment and order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Owen McLaughlin, Respondent, v. T. Hogan & Sons, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Francesco Marinaro, an Infant, etc., Appellant, v. Multi-Speed Shutter Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.; Page, J., dissented.

The People of the State of New York, Respondent, v. John Reilly, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Joseph Lombardo, an Infant, etc., Respondent, v. Charles H. Harris, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Matilda Aronson v. Melrose Waist Company, Inc., and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Gussie Demarsky v. Standard Oil Company of New York.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Edgar Odell v. John H. Naughton.— Application denied, with ten dollars costs. Order signed. Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Rosenthal Paper Company v. National Folding Box and Paper Company.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Ottillie Heuman v. H. M. Powers Company.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Francesco Laiosa v. Lizzie Van Boskerck.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Antonio Laiosa v. Lizzie Van Boskerck.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.